**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROBIN LOVE,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**PERMANENTE MEDICAL GROUP *et al.*,**<br><br>    Defendant(s). | Case No.: 12-CV-05679 YGR<br><br>**ORDER VACATING STIPULATION AS MOOT; GRANTING EXTENSION *NUNC PRO TUNC*** |

The parties' Stipulation to Extend the Time to Respond to the Complaint and Continue the Case Management Conference is **VACATED AS MOOT** and the Court **GRANTS** *nunc pro tunc* an extension to Respond to February 4, 2013.  The Motion to Dismiss and Motion to Strike filed by Defendants on February 4, 2013 is therefore timely filed.

This Order Terminates Docket Number 13.

**IT IS SO ORDERED**.

Date: February 15, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**