JUSTICE FIRST, LLP
Jenny C. Huang, SBN 223596
Sarita Ordonez, SBN 216047
Briana Cummings, SBN 285002
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Telephone: (510) 628-0695
E-mail: jhuang@justicefirstllp.com
       sordonez@justicefirstllp.com
       bcummings@justicefirstllp.com

Attorneys for Plaintiff Robin Love

STEPHEN D. SCHEAR, SBN 83806
Law Office of Stephen Schear
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 832-3500
E-mail: steveschear@gmail.com

MARION'S INN, LLP
Kennedy P. Richardson, SBN 62516
David M. Rosenberg-Wohl, SBN 132924
David B. Anderson, SBN 273419
1611 Telegraph Avenue, Suite 707
Oakland, CA 94612-2415
Telephone: (510) 451-6770
E-mail: kpr@marionsinn.com
       drw@marionsinn.com
       dba@marionsinn.com

Attorneys for Defendants Kaiser Foundation
Hospitals, Kaiser Foundation Health Plan, Inc.,
The Permanente Medical Group, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ROBIN LOVE,<br><br>            Plaintiff,<br><br>     vs.<br><br>KAISER FOUNDATION HOSPITALS, ET AL.,<br><br>            Defendants.<br>_____ | Case No.: 12-cv-05679 (YGR)<br><br>**STIPULATION AND ORDER TO RESCHEDULE SETTLEMENT CONFERENCE**<br><br>Date: June 12, 2013<br>Time: 10:00 a.m.<br>Judge: The Honorable Kandis Westmore |

1  WHEREAS by order filed on April 11, 2013, this Court referred this case to Magistrate Judge Kandis Westmore for a settlement conference;

WHEREAS by notice filed on April 11, 2013, the above-captioned case was scheduled for a settlement conference before the Honorable Kandis Westmore on June 12, 2013 at 10:00 a.m.;

WHEREAS Plaintiff's lead counsel is not available on June 12, 2013 due to a pre-planned vacation;

WHEREAS on May 1, 2013, the Honorable Yvonne Gonzales Rogers signed the stipulation and order filed on April 18, 2013 requesting to extend the deadline to complete the mandatory settlement conference from June 28, 2013 to July 29, 2013;

WHEREAS Judge Westmore's Courtroom Deputy, Susan Imbriani has confirmed the court's availability to conduct a settlement conference on July 17, 2013 or July 19, 2013;

WHEREAS the parties have confirmed their availability and the availability of their counsel to participate in a settlement conference on July 17, 2013 or July 19, 2013;

WHEREAS Defendants' counsel stated a preference to continue the settlement conference to July 17, 2013;

//
//
//
//
//
//
//
//
//
//
//

IT IS HEREBY STIPULATED AND AGREED by the attorneys as follows:

The settlement conference presently scheduled for June 12, 2013 at 10:00 a.m. at the U.S. District Court, 1301 Clay Street, Oakland, California, 94612, shall be continued until July 17, 2013 at 11:00am at the same location.

**IT IS SO STIPULATED.**

Dated: May 3, 2013  **JUSTICE FIRST, LLP**
     Oakland, California  Attorneys for Plaintiff Robin Love
By:
_____/s/  Jenny Huang_____
Jenny C. Huang
180 Grand Avenue, Suite 1300
Oakland, CA  94612

Dated:  May 3, 2013  **MARION'S INN, LLP**
     Oakland, California  Attorneys for Defendants
By:
_____/s/ David Rosenberg-Wohl\_\_
David M. Rosenberg-Wohl
1611 Telegraph Avenue, Suite 707
Oakland, CA  94612

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May \_\_7\_\_, 2013  _____/s/ Kandis Westmore_____
THE HONORABLE KANDIS A. WESTMORE