JUSTICE FIRST, LLP
Jenny C. Huang, SBN 223596
Briana Cummings, SBN 285002
180 Grand Avenue, Suite 1300
Oakland, CA  94612
Telephone: (510) 628-0695
E-mail:  jhuang@justicefirstllp.com
          bcummings@justicefirstllp.com

Attorneys for Plaintiff Robin Love

MARION'S INN, LLP
Mark Palley, SBN 120073
David M. Rosenberg-Wohl, SBN 132924
Tanya G. Cecena, SBN 285186
1611 Telegraph Avenue, Suite 707
Oakland, CA  94612-2415
Telephone: (510) 451-6770
E-mail: mp@marionsinn.com
         drw@marionsinn.com
         tgc@marionsinn.com

Attorneys for Defendants Kaiser Foundation Hospitals, Kaiser Foundation Health Plan, Inc., The Permanente Medical Group, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN LOVE,<br><br>Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HOSPITALS, ET AL.,<br><br>Defendants. | Case No.: 12-cv-05679 (WHO)(DMR)<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' PARTIAL MOTION TO DISMISS SECOND AMENDED COMPLAINT AND MOTION TO STRIKE** |

WHEREAS on October 22, 2013, Defendants' filed a motion to dismiss the First and Fourth Counts of the Second Amended Complaint and to strike portions of that amended complaint [Docket No. 115];

1  WHEREAS Defendants' motion was scheduled for hearing on December 4, 2013 at 2pm;

2  WHEREAS Plaintiff's counsel, Jenny Huang, is unavailable on December 4, 2013 and will be away on a pre-planned vacation for which non-refundable plane tickets have already been purchased;

5  WHEREAS counsel for all parties are available on December 11, 2013 at 2pm for a hearing on Defendants' motion

7  IT IS HEREBY STIPULATED AND AGREED by the attorneys that the hearing presently scheduled for December 4, 2013 at 2 pm on Defendants' Partial Motion to Dismiss the Second Amended Complaint and Motion to Strike [Docket No. 115] shall be continued to December 11, 2013 at 2pm.

**IT IS SO STIPULATED.**

Dated:  October 24, 2013          **JUSTICE FIRST, LLP**
        Oakland, California        Attorneys for Plaintiff Robin Love
                                   By:
                                   _____/s/_ Jenny Huang_____
                                   Jenny C. Huang
                                   180 Grand Avenue, Suite 1300
                                   Oakland, CA  94612

Dated:  October 24, 2013          **MARION'S INN, LLP**
        Oakland, California        Attorneys for Defendants
                                   By:
                                   _____
                                   Mark Palley
                                   1611 Telegraph Avenue, Suite 707
                                   Oakland, CA  94612

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 25, 2013           _____
                                  THE HONORABLE WILLIAM H. ORRICK