UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN LOVE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE PERMANENTE MEDICAL GROUP, et al.,<br><br>　　　　　Defendants. | Case No. 12-cv-05679-WHO<br><br>**ORDER GRANTING IN PART MOTION TO MODIFY CASE MANAGEMENT SCHEDULE**<br><br>Re: Dkt. Nos. 114, 123 |

　　　　On October 18, 2013, the plaintiff filed a Motion to Modify the Case Management Schedule and to Request Assignment to a Magistrate Judge for Settlement Purposes. The defendants objected to a three month extension for non-expert discovery, but given the fact that the Court disqualified one of plaintiff's attorneys and that there is an on-going discovery dispute before Magistrate Judge Ryu, the Court agrees with the date proposed by plaintiff. The Court also ORDERS that within the next week the parties agree on dates for depositions that any party currently seeks, and that absent good cause they be concluded by **December 15, 2013**. (This is not a deadline for all non-expert depositions, but given the reference in the papers to an inability to agree upon dates, it is a requirement regarding the depositions currently sought absent good cause to object to them.)

　　　　In this Order, the Court moves up the date for completion of the settlement conference because the parties should have sufficient information to evaluate their case in January or early February 2014, prior to the disclosure of experts and commencement of expert discovery. The Court pushes back the date for the trial because the parties left an insufficient amount of time

between the dispositive motion hearing and the trial, particularly given their obligations under the Court's Standing Civil Pretrial Order.

Based upon the papers submitted in support of and in opposition to the plaintiff's motion, and other pleadings and papers filed in this action, IT IS HEREBY ORDERED that the plaintiff's motion to amend is GRANTED in part. Changes to the schedule proposed by the plaintiff are in bold.

The case management schedule is hereby modified as follows:

| | |
|---|---|
| Completion date for settlement conference: | **2/7/14** |
| Last day to join parties/amend pleadings: | 11/7/13 |
| Last day for non-expert discovery: | 1/31/14 |
| Disclosure of Experts (opening): | 2/17/14 |
| Disclosure of Rebuttal Experts: | 3/7/14 |
| Deadline for Expert Discovery: | 3/31/14 |
| Dispositive motions to be filed by: | 2/26/14 |
| Dispositive motions to be heard by: | 4/2/14 |
| Further Case Management Conference: | **4/2/14** |
| Pretrial Conference: | **6/23/14** |
| Trial: | **7/7/14** |

Further, this case will be referred to a new Magistrate Judge for settlement purposes following Judge Westmore's recusal.

**IT IS SO ORDERED**.

Dated: November 1, 2013



WILLIAM H. ORRICK
United States District Judge