UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBIN LOVE,

        Plaintiff(s),

    v.

THE PERMANENTE MEDICAL GROUP,

        Defendant(s).

No. C-12-05679 DMR

**ORDER TO CLARIFY REMAINING DISPUTES IN JOINT DISCOVERY LETTERS [DOCKET NO. 106, 110]**

Before the court are two joint discovery letters filed by Plaintiff and Defendants. [Docket Nos. 106, 110.] From the letters, it appears that the parties may not have finished meeting and conferring about the discovery disputes at issue. The parties are therefore ordered to finish any outstanding meet and confer sessions immediately, then file a joint letter by 5:00 p.m. on November 12, 2013, clearly indicating which of the discovery disputes raised in the joint discovery letters remain at issue. The parties may not raise additional disputes not previously raised. Following the hearing on the joint discovery letters on November 14, 2013, lead counsel shall be prepared to meet and confer in the courthouse regarding any remaining discovery disputes.

IT IS SO ORDERED.

Dated: November 7, 2013

DONNA M. RYU
United States Magistrate Judge