UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN LOVE, | No. C-12-05679 DMR |
| Plaintiff(s), | **ORDER TO LODGE PORTIONS OF PLAINTIFF'S DEPOSITION** |
| v. | |
| THE PERMANENTE MEDICAL GROUP, | |
| Defendant(s). | |

The court has received the parties' joint discovery letter. [Docket No. 157.] Plaintiff is ordered to lodge (not file) portions of transcripts from Plaintiff's prior depositions relevant to her arguments in the joint discovery letter by no later than **January 13, 2014.** Plaintiff shall highlight the relevant portions and create a short prefatory index indicating which pages relate to which subject matters.

IT IS SO ORDERED.

Dated: January 9, 2014

DONNA M. RYU
United States Magistrate Judge