UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN LOVE,<br><br>        Plaintiff(s),<br><br>v.<br><br>THE PERMANENTE MEDICAL GROUP,<br><br>        Defendant(s). | No. C-12-05679 DMR<br><br>**ORDER TAKING JOINT DISCOVERY LETTER [DOCKET NO. 157] UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has received the joint discovery letter filed by the parties, Docket No. 157, and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the January 23, 2014 hearing on the motion is hereby **VACATED**. The court will issue a written order on the motion.

IT IS SO ORDERED.

Dated: January 17, 2014

_____
DONNA M. RYU
United States Magistrate Judge