UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBIN LOVE,                                No. C-12-05679 DMR

        Plaintiff(s),                  **ORDER FOR SUPPLEMENTAL BRIEFING**

    v.

THE PERMANENTE MEDICAL GROUP,

        Defendant(s).
_____/

        The parties have filed a joint discovery letter regarding Defendants' request for an order that Plaintiff appear for additional deposition on, inter alia, the following topics: (1) "Survey Monkey" survey and (2) a complaint Plaintiff made in September 2011. [Docket No. 157.] Plaintiff avers that the first is "an incomplete document that was untimely produced by Defendants on September 13, 2013" and the second was "withheld by Defendants until it was recently produced on December 5, 2013."

        Plaintiff and Defendants shall file a supplemental joint letter indicating (1) when Plaintiff served the discovery requests that each documents is responsive to, (2) when each document was produced, and (3) any basis for the position that these documents were untimely produced. The supplemental joint letter shall be no longer than **two pages** and shall be filed by **12 p.m. on January 23, 2014.**

IT IS SO ORDERED.

Dated: January 17, 2014

DONNA M. RYU
United States Magistrate Judge