UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN LOVE, | ) Case No.: 12-cv-05679 (WHO)(DMR) |
| | ) |
| Plaintiff, | ) **[PROPOSED]** ORDER ON |
| | ) **PLAINTIFF'S ADMINISTRATIVE** |
| vs. | ) **MOTION FOR LEAVE TO FILE** |
| | ) **EXHIBITS IN SUPPORT OF** |
| KAISER FOUNDATION HOSPITALS, | ) **SUPPLEMENTAL BRIEFING** |
| KAISER FOUNDATION HEALTH PLAN, | ) |
| THE PERMANENTE MEDICAL GROUP, | ) |
| | ) |
| Defendants. | )) |
| | ) |

On January 23, 2014, Plaintiff filed an Administrative Motion for Leave to File Exhibits in Support of Supplemental Briefing.  Based upon the papers submitted in support of Plaintiff's motion, and other pleadings and papers filed in this action, IT IS HEREBY ORDERED that Plaintiff's motion for leave to file exhibits is GRANTED in its entirety.  Leave is granted to file the following exhibits:

Exhibit A    May 2013 emails between counsel regarding the completion of Ms. Love's deposition

Exhibit B    Portions from the Survey Monkey conducted for Kenneth Shigematsu (filed under seal)

Exhibit C    Notes on Ms. Love's phone call to Martha Gilmore on September 2, 2011 regarding Patient J.H.

Exhibit D    Ms. Love's email to Martha Gilmore and others on September 2, 2011 regarding Patient J.H.

Exhibit E    Plaintiff's First Set of Document Requests

Exhibit F    Defendants' Amended Response to Plaintiff's First Set of Document Requests

Dated: January  _49__, 2014

_____
The Honorable Donna M. Ryu
United States Magistrate Judge

Defendants objected to Exhibit A as going beyond the scope of the the court's order for supplemental briefing [Docket No. 165], which sought only two pages of briefing on three questions, and requested an opportunity to respond.  Defendants did not object to any other of Plaintiff's exhibits.  Accordingly, Defendants may submit up to one page of additional briefing regarding only Exhibit A.  Defendants' additional submission is due on January 29, 2014, at 12:00 p.m.