United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBIN LOVE,

        Plaintiff(s),

    v.

THE PERMANENTE MEDICAL GROUP,

        Defendant(s).
_____/

No. C-12-05679 DMR

**ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE EXHIBITS IN SUPPORT OF SUPPLEMENTAL BRIEFING**

Defendants have requested leave to file a limited number of documents relevant to Plaintiff's Exhibits D and F to Plaintiff's Administrative Motion for Leave fo File Exhibits in Support of Supplemental Briefing. [Docket No. 174, 168.] Defendants' request is **granted**. Defendants may submit **only** (1) Plaintiff's responses to TPMG's Interrogatory No. 22 and Request for Admission No. 1; (2) any previously produced versions of Plaintiff's February 18, 2011 and April 28, 2011 concerns; and (3) all of Defendants' original and amended responses to Plaintiff's RFP Nos. 9, 18, 51, and 61. The exhibits shall be filed by **January 29, 2014.**

IT IS SO ORDERED.

Dated: January 28, 2014

DONNA M. RYU
United States Magistrate Judge