United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBIN LOVE,

        Plaintiff(s),

    v.

THE PERMANENTE MEDICAL GROUP,

        Defendant(s).
_____/

No. C-12-05679 DMR

**ORDER DENYING MOTION TO SEAL [DOCKET NO. 171]**

    Plaintiff moves to seal Exhibit B to her supplemental briefing. *See* Docket Nos. 167, 168, 171. Plaintiff avers that Exhibit B was produced by Defendants and designated "Confidential." Pursuant to Civ. L.R. 79-5(d), "[i]f a party wishes to file a document that has been designated confidential by another party . . . the submitting party must file and serve an Administrative Motion for a sealing order . . . ." Then, within seven days, the designating party must file a declaration establishing that the designated information is sealable or withdraw the designation of confidentiality. *Id.* "If the designating party does not file its responsive declaration as required by this subsection, the document or proposed filing will be made part of the public record." *Id.*

    To date, Defendants have not filed such a declaration or withdrawn their confidentiality designation. Plaintiff's motion to seal is therefore **denied**, and Plaintiff is ordered to file Exhibit B.

    IT IS SO ORDERED.

Dated: February 4, 2014

DONNA M. RYU
United States Magistrate Judge