United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBIN LOVE, No. C-12-05679 DMR

    Plaintiff(s),

**ORDER TO LODGE DOCUMENT**

    v.

THE PERMANENTE MEDICAL GROUP,

    Defendant(s).
_____/

The court is in receipt of the parties' latest joint discovery letter. [Docket No. 184.] Plaintiff is ordered to lodge the document at issue (TPMG3826-3832) with the court by **February 7, 2014**.

IT IS SO ORDERED.

Dated: February 5, 2014

_____
DONNA M. RYU
United States Magistrate Judge