| | |
|---|---|
| JUSTICE FIRST, LLP | LEVY, VINICK, BURRELL, & HYAMS, LLP |
| Jenny C. Huang, SBN 223596 | Leslie F. Levy, SBN 104634 |
| Briana Cummings, SBN 285002 | Jean K. Hyams, SBN 144425 |
| 180 Grand Avenue, Suite 1300 | 180 Grand Avenue, Suite 1300 |
| Oakland, CA 94612 | Oakland, CA 94612 |
| Telephone: (510) 628-0695 | Tel.: (510) 318-7700 |
| E-mail: jhuang@justicefirstllp.com | Email: leslie@levyvinick.com |
| bcummings@justicefirstllp.com | jean@levyvinick.com |

Attorneys for Plaintiff Robin Love

MARION'S INN, LLP
Mark Palley, SBN 120073
David M. Rosenberg-Wohl, SBN 132924
Tanya G. Cecena, SBN 285186
1611 Telegraph Avenue, Suite 707
Oakland, CA 94612-2415
Telephone: (510) 451-6770
E-mail: mp@marionsinn.com
       drw@marionsinn.com
       tgc@marionsinn.com

Attorneys for Defendants Kaiser Foundation Hospitals, Kaiser Foundation Health Plan, Inc., The Permanente Medical Group, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN LOVE,<br><br>  Plaintiff,<br><br>  vs.<br><br>KAISER FOUNDATION HOSPITALS, ET AL.,<br><br>  Defendants.<br>_____ | Case No.: 12-cv-05679 (WHO)(DMR)<br><br>**STIPULATION AND ORDER TO RELEASE MEDICAL RECORDS OF PATIENT J.T.** |

WHEREAS on December 26, 2013, Plaintiff Robin Love served her Third Set of Document Requests seeking, among other documents, the medical records for Patient J.T. on March 1, 2011;

WHEREAS Plaintiff contends that the documents requested are necessary to defend against allegations in her termination letter that in March 2011, she sent Patient J.T. to the hospital, unaccompanied, from her office on Sneath Lane to the facility on El Camino Real while he was actively suicidal;

WHEREAS Defendants objected that such medical records were private patient records subject to the requirements of Cal. Welf. & Inst. Code section 5328;

WHEREAS in a good faith effort to meet and confer on discovery disputes, the parties seek to resolve this matter without court intervention;

IT IS HEREBY STIPULATED AND AGREED that:

1. The medical records of Patient J.T. on March 1, 2011 (documents responsive to RFP No. 157) should be treated as "Confidential" records pursuant to the Amended Stipulated Protective Order [Docket No. 113] governing this case; and

2. The medical records of Patient J.T. on March 1, 2011 should be released by Defendants to Plaintiff solely pursuant to this Court's order, as indicated below.

**IT IS SO STIPULATED.**

Dated: January 29, 2014　　　　　　　**JUSTICE FIRST, LLP**
Oakland, California　　　　　　　　　Attorneys for Plaintiff Robin Love
　　　　　　　　　　　　　　　　　　By:
　　　　　　　　　　　　　　　　　　_____/s/_ *Jenny Huang*_____
　　　　　　　　　　　　　　　　　　Jenny C. Huang
　　　　　　　　　　　　　　　　　　180 Grand Avenue, Suite 1300
　　　　　　　　　　　　　　　　　　Oakland, CA  94612

Dated: February 5, 2014　　　　　　　**MARION'S INN, LLP**
Oakland, California　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　By:
　　　　　　　　　　　　　　　　　　_____/s/ *Tanya Cecena*_____
　　　　　　　　　　　　　　　　　　Tanya G. Cecena
　　　　　　　　　　　　　　　　　　1611 Telegraph Avenue, Suite 707
　　　　　　　　　　　　　　　　　　Oakland, CA  94612

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February _6_, 2014　　　　　　_____
　　　　　　　　　　　　　　　　　　THE HONORABLE DONNA M. RYU