UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN LOVE,<br><br>        Plaintiff,<br><br>   v.<br><br>THE PERMANENTE MEDICAL GROUP, et al.,<br><br>        Defendants. | Case No. 12-cv-05679-WHO<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO MODIFY CASE MANAGEMENT SCHEDULE**<br><br>Re: Dkt. Nos. 179 |

The Court held a telephonic hearing this afternoon regarding Plaintiff's Motion To Modify Case Management Schedule. The primary basis for the motion is plaintiff's desire to extend the discovery deadline, which defendants oppose. The parties agreed to the extension of other dates described in the motion. After reviewing the motion and defendants' response, and hearing the argument of counsel, the Court ORDERS:

1. The discovery deadline of January 31, 2014 will not be extended. It has already been extended once for three months, and the parties have had ample time to complete discovery.

2. The plaintiff has commenced the deposition of Rosemarie Carino and defendants agreed to allow plaintiff to take the deposition of Rachel MacMullen. Ms. Carino's deposition may be completed within the seven hour limit and Ms. MacMullen's may be taken pursuant to the prior agreement.

3. Defendants owe documents and discovery responses to plaintiff, which Mr. Palley indicated would be forthcoming shortly. This should occur as soon as reasonably practicable, and no later than February 13, 2014.

4. To the extent that there are pending discovery disputes, or that the documents and

discovery responses referenced above are incomplete or otherwise improper, those matters may be brought to Magistrate Judge Ryu, who may order such remedial discovery or other measures as is necessary in the interests of justice.

5. Defendants agree that their affirmative defenses of offset and comparative fault shall be stricken, and the Court so requires.

6. The case management schedule shall be modified pursuant to the parties' agreement as follows:

   Disclosure of Experts (opening):   4/17/14

   Disclosure of Rebuttal Experts:    5/7/14

   Deadline for Expert Discovery:     5/30/14

   Dispositive Motions filed by:      4/30/14

   Dispositive Motions heard by:      6/2/14

   Further Case Management Conf:      6/2/14

The trial, pretrial conference and completion of the settlement conference dates shall remain the same.

**IT IS SO ORDERED**.

Dated: February 6, 2014

WILLIAM H. ORRICK
United States District Judge