**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBIN LOVE,

        Plaintiff(s),

    v.

THE PERMANENTE MEDICAL GROUP,

        Defendant(s).

_____/

No. C-12-05679 DMR

**ORDER RE: DEFENDANTS' ADMINISTRATIVE MOTION TO EXTEND TIME FOR COMPLIANCE WITH ORDER ON DISCOVERY LETTER [DOCKET NO. 200]**

    The court is in receipt of Defendants' Administrative Motion to Extend Time for Compliance with this court's previous discovery order. *See* Docket Nos. 199, 200. The administrative motion is granted. Defendants need not produce a copy of TPMG 3826-3832 with the relevant redaction removed until further notice from the court.

    IT IS SO ORDERED.

Dated:  February 21, 2014

_____
DONNA M. RYU
United States Magistrate Judge