UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBIN LOVE,

    Plaintiff,

  v.

THE PERMANENTE MEDICAL GROUP, et al.,

    Defendants.

Case No. 12-cv-05679-WHO

**ORDER DENYING DEFENDANTS' MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE AND MOTION FOR STAY**

Re: Dkt. Nos. 206, 209

Defendants have moved for relief from the nondispositive pretrial order of Magistrate Judge Donna M. Ryu. Dkt. No. 206. Defendants also move to stay compliance with Judge Ryu's order denying their motion for leave to file a motion for reconsideration of that order. Dkt. No. 209. The Court has reviewed the thorough order issued by Judge Ryu, as well as Judge Ryu's order denying defendants' motion for leave. Dkt. Nos. 199, 203.

Having reviewed the submissions of the parties, the Court finds that the Magistrate's ruling is neither "clearly erroneous" nor "contrary to law." Civ. L. R. 72-2. *See also* FED. R. CIV. P. 72(a); *Grimes v. City and County of San Francisco*, 951 F.2d 236, 241 (9th Cir. 1991) ("A non-dispositive order entered by a magistrate must be deferred to unless it is 'clearly erroneous or contrary to law.'"). Defendants' motions are DENIED.

**IT IS SO ORDERED**.

Dated: March 5, 2014



WILLIAM H. ORRICK
United States District Judge