UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBIN LOVE,

    Plaintiff,

  v.

THE PERMANENTE MEDICAL GROUP, et al.,

    Defendants.

Case No. 12-cv-05679-WHO

**ORDER OF DISMISSAL UPON SETTLEMENT**

The parties to this action announced their settlement of this action yesterday after a settlement conference with Magistrate Judge Elizabeth Laporte.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within sixty (60) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: March 14, 2014



WILLIAM H. ORRICK
United States District Judge